IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 4:20CR 00030 BSM |
| | ) |
| JONATHAN WILLIAMS | ) |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of the defendant prior to arrest and to protect officers executing the arrest warrant, the United States requests that the above-styled indictment be sealed until the defendant is in custody or has been released pending trial.

CODY HILAND
United States Attorney

_____
KRISTIN H. BRYANT
AR Bar # 2009156
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501)340-2655
Krisitn.Bryant@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the defendant is in custody or has been released pending trial.

1/9/20
_____         _____
DATE                                               UNITED STATES MAGISTRATE JUDGE