

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:20CR00030 BSM |
| | ) | |
| v. | ) | 18 U.S.C. §§ 2251(a) and (e) |
| | ) | |
| JONATHAN WILLIAMS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about July 24, 2019, to on or about August 7, 2019, in the Eastern District of Arkansas and elsewhere, the defendant,

JONATHAN WILLIAMS,

did attempt to employ, use, persuade, induce, entice, and coerce a person he believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

### FORFEITURE ALLEGATION ONE

Upon conviction of Count One of this Indictment, the defendant, JONATHAN WILLIAMS, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.