## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                            **Plaintiff**

**v.**                               **Case No.: 4:20–cr–00030–BSM**

**Jonathan Williams**                                                      **Defendant**

## NOTICE OF HEARING

     PLEASE take notice that a Arraignment has been set in this case for January 15, 2020, at 10:00 AM before Magistrate Judge Jerome T. Kearney in Little Rock Courtroom # 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** January 14, 2020                           AT THE DIRECTION OF THE COURT
                                                                    JAMES W. McCORMACK, CLERK

                                                        **By:** <u>LaShawn M Coleman, Deputy Clerk</u>

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas