**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **NO. 4:20 CR 00030-01 BSM** |
| | ) | |
| **JONATHAN WILLIAMS** | ) | |

**ENTRY OF APPEARANCE AS ATTORNEY**

I**, TYLAR C.M. TAPP, III,** do hereby enter my appearance as attorney of record for the Defendant, **JONATHAN WILLIAMS**.

/s/ Tylar C.M. Tapp, III
TYLAR C.M. TAPP, III
TAPP LAW FIRM, P.A.
P.O. Box 1296
Hot Springs, AR 71902
(501) 623-9800
(501) 623-9801 fax
AR Bar #98171
CO Bar #38482
E-Mail: tylar@tapplaw.com

**CERTIFICATE OF SERVICE**

I, TYLAR C.M. TAPP, III, do hereby certify that on this 16th day of January, 2020, I have duly served a copy of the foregoing by placing same in the U.S. Mail, postage thereon fully prepaid, or by hand delivery, addressed to:

Hon. Kristin H. Bryant
Assistant U.S. Attorney
PO Box 1229
Little Rock, AR 72203

/s/ Tylar C.M. Tapp, III
TYLAR C.M. TAPP, III