## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                                                   **Plaintiff**

**v.**                               **Case No.: 4:20−cr−00030−BSM**

**Jonathan Williams**                                                                                       **Defendant**

## NOTICE OF HEARING

     PLEASE take notice that a Bond Hearing has been set in this case for January 17, 2020, at 11:00 AM before Magistrate Judge Jerome T. Kearney in Little Rock Courtroom # 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** January 16, 2020                             AT THE DIRECTION OF THE COURT
                                                                         JAMES W. McCORMACK, CLERK

                                                                        **By:** <u>LaShawn M Coleman, Deputy Clerk</u>

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas