MJStar Reporting: INITIAL APPEARANCE, Length of Hearing (minutes): __3mins__
ARRAIGNMENT, Length of Hearing (minutes): __3mins__

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.

Case No.: 4:20CR00030-01 BSM

Jonathan Williams

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 15 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 1/15/2020
Continued Until: _____
Reason for continuance _____

Deft is _X_ is not ___ in custody
___ Deft did not appear
___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Kristin Bryant**
Defense Counsel: Skylar Tapp  (Appointed / **Retained**)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty _X_
Guilty (indicates desire) _____
Nolo Contendere (desire) _____

_X_ Demands Trial by Jury

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _____
Guilty _____
Nolo Contendere _____

___ Waives Jury Trial
Deft agrees _____
Govt agrees _____

### BAIL

Bail Set at: Detained  By: STK  Date: 1/15/20
bond hrg to be set

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **3 days**
Estimated Trial Date: **2/24/2020 @ 9:30 a.m., before the Honorable Judge Brian S. Miller in Room 2D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: 1/15/2020

SO ORDERED: _____
U. S. MAGISTRATE JUDGE