## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                    Case No. 4:20-cr-00030-BSM-1

JONATHAN WILLIAMS                                                        DEFENDANT

### ORDER OF TEMPORARY DETENTION

The Defendant appeared with counsel on this date for plea and arraignment.  The Government requested detention, and the Defendant seeks release.  The Court advised the parties to contact the Courtroom Deputy when they are ready to proceed.  Accordingly, the Defendant is temporarily detained in the custody of the United States Marshal pending the hearing.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 15th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE