IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                                    Case No. 4:20-cr-00030-BSM-1

JONATHAN WILLIAMS                                                                              DEFENDANT

## ORDER OF DETENTION

Defendant appeared on this date for a bond hearing. Following the testimony and argument of the parties, the Court finds no condition or combination of conditions that would reasonably ensure the safety of the community. Therefore, Defendant is ordered detained pending trial.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED this 17th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE