# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 7 2020

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

| United States of America | |
|---|---|
| v. | Case No.: 4:20CR00030-01 BSM |
| Jonathan Williams | |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*          **Jonathan Williams**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows: **18 USC 2251: Attempted production of Child Pornography, as further explained in the attached documents.**

Date: January 10, 2020

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

### Return

This warrant was received on *(date)* 1-11-20, and the person was arrested on *(date)* 1-14-20
at *(city and state)* Malvern, AR.

Date: 1-14-20

_____
*Arresting officer's signature*

Daniel J Turner / SA
*Printed name and title*